HALPERN LAW GROUP
**ARI D. HALPERN**, ATTORNEY AT LAW — OSB # 045230
ari@halpernlawgroup.net
62910 OB Riley Rd., Ste. 100
Bend, OR  97703
Voice: (541) 388-8410
Fax: (541) 323-2306
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

**TINA MARIE COX**,                                              Case No. 6:19-cv-00055-HZ

     Plaintiff,

vs.

**COMMISSIONER,**                                      ORDER - EQUAL ACCESS
**SOCIAL SECURITY ADMINISTRATION**        TO JUSTICE ACT AWARD
                                       OF FEES
       Defendant.

Attorney fees in the amount of $10,262.50 are hereby awarded to Plaintiff pursuant to the
Equal Access To Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the
Treasury Offset Program, payment of this award shall be made via check sent to Ari Halpern's
address: 62910 O.B. Riley Rd, Suite 100, Bend, OR 97703.  In accordance with the fee

ORDER - EQUAL ACCESS TO JUSTICE ACT AWARD OF FEES                      — Page 1

assignment which Plaintiff has signed, payment shall be made in Ari Halpern's name if no debt subject to offset exists.

DATED this ___ day of _____, 2020.

_____
United States District Court Judge

Submitted on June 18, 2020
s/ Ari D. Halpern
ARI D. HALPERN, OSB # 045230
Voice: (541) 388-8410
Fax: (541) 323-2306
ari@halpernlawgroup.net
Attorney for Plaintiff

ORDER - EQUAL ACCESS TO JUSTICE ACT AWARD OF FEES             — Page 2